584 A.2d 225
STATE OF NEW JERSEY v. TEDDY ROSE.

May 23, 1990.

This matter having come before the Court on defendant's motion for leave to appeal the trial court's denial of his motion for a new trial of the guilt phase of his capital murder proceedings on the basis that this Court's rule announced in *State v. Gerald*, 113 *N.J.* 40, 549 *A.*2d 792 (1988), required a new guilt-phase trial; and

The Court having granted leave to appeal, 122 *N.J.* 156, 584 *A.*2d 225 (1990), having considered the papers submitted by the parties, and having heard the oral argument of counsel; and

The Court having decided that its disposition should be communicated to the parties and to the public in the form of the within Order, with the opinion presenting more fully the reasons for the Court's decision to be issued in due course; and

Good cause appearing;

It is ORDERED that the Order of the Law Division denying the defendant a new trial of the guilt phase is affirmed.

Chief Justice WILENTZ and Justices CLIFFORD, POLLOCK, GARIBALDI, and STEIN join in this Order. Justices HANDLER and O'HERN dissent from the Order. (For full opinion see 120 *N.J.* 61, 576 *A.*2d 235).